```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SPORTVISION, INC. and SPORTSMEDIA :
TECHNOLOGY CORPORATION,             :
                                    :
                                    :   No. 18-cv-03025
            Plaintiffs,             :
                                    :
    v.                              :
                                    :
MLB ADVANCED MEDIA, LP,             :
                                    :
            Defendant.              :

---

### STIPULATION AND ORDER REGARDING SERVICE AND TO EXTEND DEFENDANT MLB ADVANCED MEDIA, LP'S TIME TO RESPOND TO THE COMPLAINT

Plaintiffs Sportvision, Inc. and SportsMEDIA Technology Corporation (collectively the "Plaintiffs") and Defendant MLB Advanced Media, LP ("Defendant") have conferred by and through their undersigned counsel and, subject to the Court's approval,

**HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, the Plaintiffs filed a Complaint ("the Complaint") against Defendant on April 5, 2018;

WHEREAS, Defendant has not been served with the Complaint to date, but has agreed to waive service of the Complaint;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

1. Defendant has agreed to accept service of the Complaint via email to its counsel of record. By authorizing its counsel to accept service on its behalf, Defendant is not waiving any defense other than insufficient process and insufficient service of process under Federal Rules of Civil Procedure 12(b)(4) and (5).

2. The parties agree that this stipulation is not a waiver of any defenses unrelated to service of process, including, without limitation, any jurisdictional defenses under Federal Rule of Civil Procedure 12(b)(2).

3. Defendant shall respond to the Complaint on or before June 11, 2018.

Dated: New York, New York
April 11, 2018

**PEPPER HAMILTON LLP**

By: _____
H. Peter Haveles, Jr.
Attorney for Plaintiff
Office and Post Office Address:
620 Eighth Avenue, 37th Floor
New York, New York 10018
Telephone: (212) 808-2700
havelesp@pepperlaw.com

**COWAN LIEBOWITZ & LATMAN**

By: _____
Joelle A. Milov
Attorney for Defendant MLB Advanced
Media LP
Office and Post Office Address:
21st Floor
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
jam@cll.com

SO ORDERED:

_____
Judge Paul G. Gardephe

Dated: April 13, 2018