UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORTVISION, INC. and SPORTSMEDIA
TECHNOLOGY CORPORATION,

        Plaintiffs,

v.

MLB ADVANCED MEDIA L.P.,

        Defendant.

Case No. 1:18-CV-03025-PGG

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Brian P. O'Donoghue for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois and that his contact information is as follows:

Brian P. O'Donoghue
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM
564 W. Randolph St., Suite 400
Chicago, IL 60661
Telephone: (312) 881-5980
Facsimile: (312) 881-5180
Email: bodonoghue@goldmanismail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/18

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant MLB Advanced Media, L.P. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 23, 2018

_____
United States District Judge