```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SPORTVISION, INC. and SPORTSMEDIA TECHNOLOGY CORPORATION,

          Plaintiffs,

v.

MLB ADVANCED MEDIA, LP,

          Defendant.

No. 18-cv-03025

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Matthew H. Adler, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Pennsylvania; and that his contact information is as follows:

> Matthew H. Adler
> Pepper Hamilton LLP
> 3000 Two Logan Square
> 18th and Arch Streets
> Philadelphia, PA 19103
> Phone: (215) 981-4802
> Fax:   (215) 981-4750
> adlerm@pepperlaw.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 7, 2018

_____
United States District/~~Magistrate~~ Judge