To:912128057986                    Page:2/5

# Pepper Hamilton LLP
### —Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

```
┌────────────────────────────────┐
│ USDC SDNY                      │
│ DOCUMENT                       │
│ ELECTRONICALLY FILED           │
│ DOC #:_____         │
│ DATE FILED: 5/8/18             │
└────────────────────────────────┘
```

H. Peter Haveles, Jr.
havelesp@pepperlaw.com
212.808.2755

April 30, 2018

**MEMO ENDORSED**

The Application is **granted**.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: May 7 2018

**Via Facsimile ((212) 805-7986)**

Honorable Paul G. Gardephe
United States District Court
40 Foley Square, Room 2204
New York, New York 10007

Re:   SportsMEDIA Technology Corp., et al. v. MLB Advanced Media, Inc.,
No. 18-cv-3025

Dear Judge Gardephe:

We are attorneys for plaintiffs SportsMEDIA Technology Corp ("SMT") and Sportvision, Inc. ("Sportsvision") in this action.

In accordance with Rule II of Your Honor's Individual Rules of Practice, we submit this letter on behalf of plaintiffs, requesting that the Court seal certain limited portions of Exhibits B, C, D, E and F to the First Amended Complaint. Enclosed is my declaration in support of this application.

On April 24, 2018, defendant submitted a letter to Your Honor requesting that certain portions of Exhibits B through F to the original Complaint (Dkt. No. 8) be kept under seal. On April 25, 2018, the Court issued an Endorsed Letter (the "Endorsed Letter," Dkt. No. 23) granting defendant's request and ordering that redacted versions of Exhibits B through F be posted on the public docket by April 27, 2018.

On April 27, 2018, plaintiffs filed the First Amended Complaint (Dkt. No. 26), which includes the exact same exhibits as the exhibits to the original Complaint. Accordingly, plaintiffs filed redacted versions of Exhibits B through F to the First Amended Complaint in the form approved by the Endorsed Letter on the public docket.

| Philadelphia | Boston | Washington, D.C. | Los Angeles | New York | Pittsburgh |
|---|---|---|---|---|---|
| Detroit | Berwyn | Harrisburg | Orange County | Princeton | Silicon Valley | Wilmington |

www.pepperlaw.com

**Pepper Hamilton LLP**
Attorneys at Law

Judge Paul G. Gardephe
Page 2
April 30, 2018


       Plaintiffs filed the First Amended Complaint electronically and then attempted to file unredacted versions of Exhibits B through F under seal and redacted revisions in the public record. The Clerk's office did not accept the documents for filing because the April 25 Endorsed Letter does not also address the exhibits to the First Amended Complaint.

       Accordingly, plaintiffs respectfully request that the Court grant permission for plaintiffs (i) to file under seal the same portions of Exhibits B through F to the First Amended Complaint that the Court previously approved for filing under seal in the April 25 Endorsed Letter relating to the exhibits to the original Complaint, and (ii) to file a redacted version of those exhibits in the public record.

       Plaintiffs have conferred with defendant and it does not object to this request.

       We thank the Court in advance for its consideration of this request.

                    Respectfully,

                    H. Peter Haveles, Jr.


Enclosure

cc:    Alan E. Littmann, Esq. (via email)
       Brian P. O'Donoghue, Esq. (via email)
       Laura Sexton, Esq. (via email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

/

.SPORTVISION, INC. and SPORTSMEDIA :
TECHNOLOGY CORPORATION, :

: No. 18-cv-03025

                     Plaintiffs, :

    v. :

MLB ADVANCED MEDIA, LP, :

                    Defendant. :

## DECLARATION OF H. PETER HAVELES, JR. IN SUPPORT
## OF REQUEST TO FILE EXHIBITS B-F OF THE FIRST AMENDED COMPLAINT
## UNDER SEAL

I, H. Peter Haveles, Jr., am an attorney admitted to practice before the Courts of

the State of New York and am a member of Pepper Hamilton LLP, attorneys for plaintiffs

SportsMEDIA Technology Corp and Sportvision, Inc. I hereby declare that the following is true

and correct:

1.       I submit this declaration in support of plaintiffs' letter application to the

Court requesting that certain portions of Exhibits B through F to the First Amended Complaint

be filed under seal.

2.       Plaintiffs filed the Complaint in this action on April 5; 2018 and attached

as exhibits the Endeavor Contract and its amendments, which are Exhibits B through F to the

Complaint.

3.       In an April 25, 2018 Endorsed Letter (the "Endorsed Letter"), the Court

granted permission for certain limited portions of Exhibits B through F to be filed under seal.

4.      On April 27, 2018, plaintiffs filed the First Amended Complaint, which contains identical exhibits to those attached to the original Complaint. As part of that filing, plaintiffs filed redacted versions of Exhibits B through F in the exact same form approved by the Endorsed Letter.

5.      Plaintiffs then attempted to file unredacted versions of Exhibits B through F to the First Amended Complaint under seal, but the Clerk's office would not accept either the documents for filing under seal or the redacted revision of them for the public record because the Endorsed Letter does not also address exhibits to an amended complaint.

6.      We have consulted with counsel for defendant. Defendant does not object to plaintiffs' request that Exhibits B through F to the First Amended Complaint be filed under seal in the form previously approved by the Court in the Endorsed Letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of April, 2018 in New York City, New York.

H. PETER HAVELES, JR.