UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORTVISION, INC. and SPORTSMEDIA
TECHNOLOGY CORPORATION,

Plaintiffs,

v.

MLB ADVANCED MEDIA L.P.,

Defendant.

Case No. 1:18-CV-03025-PGG



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/18

### STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINES RELATED TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Plaintiffs Sportvision, Inc. and SportsMEDIA Technology Corporation (collectively the "Plaintiffs") and Defendant MLB Advanced Media, L.P. ("Defendant") have conferred by and through their undersigned counsel and, subject to the Court's approval,

**HEREBY STIPULATE AS FOLLOWS:**

1. Plaintiffs filed a Complaint (Dkt. 8) against Defendant on or about April 5, 2018.

2. Shortly thereafter, Defendant agreed to waive service of the Complaint.

3. On April 11, 2018, the parties stipulated that, subject to the Court's approval, Defendant shall answer or otherwise respond to the Complaint by June 11, 2018.

4. On April 16, 2018, the Court approved the parties' stipulation and entered an order requiring Defendant to answer or otherwise respond to the Complaint by June 11, 2018 (Dkt. 15).

5. On April 27, 2018, Plaintiffs filed their First Amended Complaint (Dkt. 26).

6. Pursuant to Rule 15(a)(3), the deadline for Defendant to answer or otherwise respond to the First Amended Complaint is June 11, 2018. *See* FED. R. CIV. P. 15(a)(3).

1

7. In the event that Defendant responds to Plaintiffs' First Amended Complaint by filing a motion, Plaintiffs' opposition is due within fourteen days, and Defendant's reply is due within seven days. *See* S.D.N.Y. L.R. 6.1(b).

8. Subject to approval from the Court, the parties have agreed to an extension of time for the following deadlines related to Plaintiffs' First Amended Complaint:

    a. Deadline for Defendant to answer or otherwise respond to First Amended Complaint: **June 27, 2018.** (This request represents an extension of 16 days beyond the current deadline.)

    b. Deadline for Plaintiffs to file an opposition to any motion filed in response to First Amended Complaint: **July 25, 2018.** (This request represents an extension of 14 days beyond the time to respond provided in the S.D.N.Y. Local Rules.)

    c. Deadline for Defendant to file a reply in support of any motion filed in response to First Amended Complaint: **August 8, 2018.** (This request represents an extension of 7 days beyond the time to respond provided in the S.D.N.Y. Local Rules.)

9. The parties have not previously requested an extension of the deadlines related to Plaintiffs' First Amended Complaint.

10. The parties seek this extension of time in good faith in order to enable them to fully and adequately address the complex issues involved in this case and to account for an unrelated previously scheduled arbitration involving Plaintiffs' counsel.

11. The parties do not seek this extension for an improper purpose.

12. This proposed extension will not affect any other deadlines in this case.

13. All parties to this action consent to the proposed extension.

14. The parties agree that, by authorizing its counsel to waive service on its behalf, Defendant has not waived any defense other than insufficient process and insufficient service of process under Federal Rules of Civil Procedure 12(b)(4) and (5).

15. The parties agree that this stipulation is not a waiver of any defenses unrelated to service of process, including, without limitation, any jurisdictional defenses under Federal Rule of Civil Procedure 12(b)(2).

/s/ Alan Littmann
Alan E. Littmann
Brian P. O'Donoghue
Laura Sexton
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Telephone: (312) 881-5969
Facsimile: (312) 881-5189
Email: alittmann@goldmanismail.com
Email: bodonoghue @goldmanismail.com
Email: lsexton@goldmanismail.com

J. Christopher Jensen
Joelle A. Milov
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9204
Facsimile: (212) 575-0671
Email: jcj@cll.com
Email: jam@cll.com

*Attorney for Defendant MLB Advanced Media, L.P.*

/s/ Peter Haveles
H. Peter Haveles, Jr.
PEPPER HAMILTON, LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018
havelesp@pepperlaw.com

3

Matthew H. Adler
Benjamin J. Eichel
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 981-4000
adlerm@pepperlaw.com
eichelb@pepperlaw.com

*Counsel for Plaintiffs*

Counsel are reminded of their obligation to comply with this Court's pre-motion conference requirement, as set forth in the Court's Individual Rules.

Dated: May 9, 2018

_____
United States District Judge