AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| SPORTVISION, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-03025 |
| MLB ADVANCED MEDIA, LP | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant MLB ADVANCED MEDIA, LP

Date: 7/2/2018

*Attorney's signature*

J. Christopher Jensen   JJ1864
*Printed name and bar number*

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

*Address*

jcj@cll.com
*E-mail address*

(212) 790-9200
*Telephone number*

(212) 575-0671
*FAX number*