**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SPORTVISION, INC. and SPORTSMEDIA TECHNOLOGY CORPORATION,**<br><br>           **Plaintiffs,**<br><br>    **v.**<br><br>**MLB ADVANCED MEDIA, LP,**<br><br>           **Defendant.** | No. 1:18-cv-03025 (PGG) |

<u>**DEFENDANT MLB ADVANCED MEDIA, L.P.'S**</u>
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MLB Advanced Media, L.P. ("MLBAM"), by and through its undersigned counsel, hereby provides the following Corporate Disclosure Statement:

1.     MLBAM is a limited partnership organized under the laws of the State of Delaware whose partners consist of MLB Advanced Media, Inc., and MLB Media Holdings, L.P.

2.     MLBAM does not have a parent corporation.

3.     No publicly held corporation owns 10 percent or more of MLBAM, MLB Advanced Media, Inc., or MLB Media Holdings, L.P. stock.

1

Dated: July 10, 2018

Respectfully submitted,

*/s/ Alan E. Littmann*
Alan E. Littmann
Brian P. O'Donoghue
Laura Sexton
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Telephone: (312) 881-5969
Facsimile: (312) 881-5189
Email: alittmann@goldmanismail.com
Email: bodonoghue@goldmanismail.com
Email: lsexton@goldmanismail.com

J. Christopher Jensen
Joelle A. Milov
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9204
Facsimile: (212) 575-0671
Email: jcj@cll.com
Email: jam@cll.com

*Attorneys for Defendant MLB Advanced Media, L.P.*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on July 10, 2018, to all counsel of record who are deemed to have consented to electronic service.


*/s/ Alan E. Littmann*
Alan E. Littmann