```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORTVISION, INC. and SPORTSMEDIA
TECHNOLOGY CORPORATION,

                Plaintiffs,

        - against -

MLB ADVANCED MEDIA, LP,

                Defendant.

**ORDER**

18 Civ. 3025 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Defendant's partial motions to dismiss and to compel arbitration:

    1. Defendant's motions are due on **July 17, 2018**;

    2. Plaintiffs' oppositions are due on **August 17, 2018**; and

    3. Defendant's replies, if any, are due on **August 31, 2018**.

Dated: New York, New York
       July 13, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge