**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SPORTVISION, INC. and SPORTSMEDIA TECHNOLOGY CORPORATION,** | : <br> : <br> : |
| **Plaintiffs,** | : <br> : |
| **v.** | :     No. 1:18-cv-03025 (PGG) <br> : |
| **MLB ADVANCED MEDIA, LP,** | : <br> : |
| **Defendant.** | : <br> : <br> : <br> : |

## NOTICE OF DEFENDANT'S PARTIAL MOTION TO COMPEL ARBITRATION AND PARTIAL MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Motion and upon all prior proceedings, pleadings, and filings in this Action, Defendant MLB Advanced Media, L.P. will move this Court at Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York, before the Honorable Paul G. Gardephe, United States District Judge, for an order granting Defendant's Partial Motion to Compel Arbitration and Partial Motion to Dismiss Plaintiffs' First Amended Complaint.

Dated: July 17, 2018                 Respectfully submitted,

                                  */s/ Alan Littmann*
                                  Alan E. Littmann
                                  Brian P. O'Donoghue
                                  Laura Sexton
                                  GOLDMAN ISMAIL TOMASELLI
                                  BRENNAN & BAUM LLP

564 W. Randolph St., Suite 400
Chicago, IL 60661
Telephone: (312) 881-5969
Facsimile: (312) 881-5189
Email: alittmann@goldmanismail.com
Email: bodonoghue@goldmanismail.com
Email: lsexton@goldmanismail.com

J. Christopher Jensen
Joelle A. Milov
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9204
Facsimile: (212) 575-0671
Email: jcj@cll.com
Email: jam@cll.com

*Attorneys for Defendant*
*MLB Advanced Media, L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on July 17, 2018 via email and/or U.S. mail to all counsel of record at the addresses set forth below.

Matt Adler
Benjamin Eichel
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
adlerm@pepperlaw.com
eichelb@pepperlaw.com

H. Peter Haveles, Jr.
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
havelesp@pepperlaw.com

*/s/ Alan E. Littmann*
Alan E. Littmann