# Goldman Ismail Tomaselli Brennan & Baum llp

WRITER'S DIRECT DIAL
312.881.5969
alittmann@goldmanismail.com

August 31, 2018

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Sportvision, Inc. and Sportsmedia Technology Corp. v. MLB Advanced Media, LP, No. 18-cv-03025*

Dear Judge Gardephe:

    We represent the Defendant MLB Advanced Media, L.P. ("Defendant MLBAM") in the above-referenced matter. Pursuant to Rule IV(D) of the *Individual Rules of Practice of Judge Paul G. Gardephe*, Defendant MLBAM respectfully requests that oral argument be held with respect to its Partial Motion to Compel Arbitration and Partial Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 43).

                                        Respectfully submitted,

                                        */s/ Alan E. Littmann*

                                        Alan E. Littmann
                                        Brian P. O'Donoghue
                                        Laura Sexton
                                        GOLDMAN ISMAIL TOMASELLI BRENNAN &
                                        BAUM LLP
                                        564 W. Randolph St., Suite 400
                                        Chicago, IL 60661
                                        Telephone: (312) 881-5969
                                        Facsimile: (312) 881-5189

564 W. RANDOLPH · SUITE 400      3131 TURTLE CREEK · SUITE 1210      429 SANTA MONICA BOULEVARD · SUITE 710
CHICAGO ILLINOIS 60661      DALLAS TEXAS 75219      SANTA MONICA CALIFORNIA 90401
312.681-6000 · 312.881.5191 FAX      214.880.9900 · 214.880.9901 FAX      310.576.6900 · 310.382.9974 FAX

w w w . g o l d m a n i s m a i l . c o m

August 31, 2018 *Sportvision, Inc. v. MLB Advanced Media, LP*
Page 2 *No. 18-cv-03025*

    Email: alittmann@goldmanismail.com
    Email: bodonoghue @goldmanismail.com
    Email: lsexton@goldmanismail.com

    J. Christopher Jensen
    Joelle A. Milov
    COWAN, LIEBOWITZ & LATMAN, P.C.
    114 West 47th Street
    New York, NY 10036-1525
    Telephone: (212) 790-9204
    Facsimile: (212) 575-0671
    Email: jcj@cll.com
    Email: jam@cll.com

    *Attorneys for Defendant MLB Advanced Media, L.P.*

Cc: All Counsel registered via ECF (via email)