# Goldman Ismail Tomaselli Brennan & Baum LLP

WRITER'S DIRECT DIAL
312.881.5969
alittmann@goldmanismail.com

<u>**VIA ECF**</u>

December 19, 2018

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2204
New York, NY 10007

      Re: *Sportvision, Inc. et. al v. MLB Advanced Media, L.P., No. 18-cv-03025*

Dear Judge Gardephe:

      We represent Defendant MLB Advance Media, LP ("MLBAM"), in the above captioned matter. Pursuant to Your Honor's Individual Rule of Practice IV(F), MLBAM and plaintiff Sportvision, Inc. et al. ("Sportvision") by and through their respective counsel, jointly submit the proposed Stipulated Protective Order ("Order") attached hereto as Exhibit A for consideration by the Court. The parties respectfully request that Your Honor enter the Order in this action.

      As the parties' Proposed Protective Order deviates slightly from the Court's Model Protective Order, a blackline showing all deviations from the Court's Model Protective Order is attached as Exhibit B, in accordance with Your Honor's Individual Rules of Practice in Civil Cases.

      We thank the Court for its consideration.

      Sincerely,

      Alan E. Littmann

Cc: All Counsel registered via ECF (via email)

564 WEST RANDOLPH STREET · SUITE 400   3131 TURTLE CREEK · SUITE 1210   429 SANTA MONICA BOULEVARD · SUITE 710
CHICAGO ILLINOIS 60661   DALLAS TEXAS 75219   SANTA MONICA CALIFORNIA 90401
312.681-6000 · 312.881-5191 FAX   214.880.9900 · 214.880.9901 FAX   310.576.6900 · 312.629.8107 FAX

w w w . g o l d m a n i s m a i l . c o m