UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORTVISION, INC., and SPORTSMEDIA TECHNOLOGY CORPORATION,

                Plaintiffs,

            - against -

MLB ADVANCED MEDIA L.P.,

                Defendant.

**ORDER**

18 Civ. 3025 (PGG) (DCF)

PAUL G. GARDEPHE, U.S.D.J.:

        A <u>Markman</u> hearing will take place on February 8, 2021 at 10:00 a.m.

Dated: New York, New York
       December 8, 2020

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge