UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORTVISION, INC. and SPORTSMEDIA
TECHNOLOGY CORPORATION,

Case No. 1:18-CV-03025-PGG

Plaintiffs,

v.

MLB ADVANCED MEDIA, L.P.,

Defendant.

## ORDER: GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR THE ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

On December 7, 2020, Sportvision, Inc. and SportsMEDIA Technology Corporation

(collectively "Plaintiffs") filed a motion seeking issuance of a Letter of Request by this Court to

obtain documents and deposition testimony from the following foreign party:

Trackman A/S
Stubbeled 2
DK-2950 Vedbæk
Denmark

The motion is **GRANTED**. The signed and sealed Letter of Request to Denmark is

attached to this Order. The Clerk of the Court will transmit this signed Order, along with the

Letter of Request, to the Ministry of Justice in Copenhagen, Denmark for enforcement.

SO ORDERED THIS ___7ᵗʰ___ DAY OF ___December___, 2020.

_____
Magistrate Judge Debra C. Freeman
U.S. District Court for the
Southern District of New York