UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORTVISION, INC., and SPORTSMEDIA
TECHNOLOGY CORPORATION,

           Plaintiffs,

- against -

MLB ADVANCED MEDIA L.P.,

           Defendant.

**ORDER**

18 Civ. 3025 (PGG) (DCF)

PAUL G. GARDEPHE, U.S.D.J.:

        The <u>Markman</u> hearing previously scheduled for February 8, 2021 at 10:00 a.m. is rescheduled to take place on April 30, 2021 at 10:00 a.m.

Dated: New York, New York
       January 7, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge