UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORTVISION, INC., and SPORTSMEDIA
TECHNOLOGY CORPORATION,

            Plaintiffs,

     - against -

MLB ADVANCED MEDIA L.P.,

            Defendant.

**ORDER**

18 Civ. 3025 (PGG) (DCF)

PAUL G. GARDEPHE, U.S.D.J.:

        The Markman hearing previously scheduled for April 30, 2021 at 10:00 a.m. is rescheduled to take place on **May 17, 2021 at 11:00 a.m.**

Dated: New York, New York
       April 26, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge