UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORTVISION, INC., and SPORTSMEDIA
TECHNOLOGY CORPORATION,

Plaintiffs,

- against -

MLB ADVANCED MEDIA L.P.,

Defendant.

**ORDER**

18 Civ. 3025 (PGG) (DCF)

PAUL G. GARDEPHE, U.S.D.J.:

The <u>Markman</u> hearing scheduled for May 17, 2021 at 11:00 a.m. is adjourned to

**May 27, 2021 at 2:00 p.m.**


Dated: New York, New York
May 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge