UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORTVISION, INC., and SPORTSMEDIA TECHNOLOGY CORPORATION,

Plaintiffs,

- against -

MLB ADVANCED MEDIA L.P.,

Defendant.

**ORDER**

18 Civ. 3025 (PGG) (DCF)

PAUL G. GARDEPHE, U.S.D.J.:

The claim construction hearing will continue on **July 12, 2021 at 10:00 a.m.**

As discussed at today's hearing, the parties will make additional submissions concerning two issues.

Supplemental briefing concerning the plain and ordinary meaning of the first disputed term – "three dimensional volume" will proceed on the following schedule:

1. Defendant's submission – no longer than ten pages – will be filed by **June 4, 2021**;

2. Plaintiffs' submission – no longer than ten pages – will be filed by **June 11, 2021**; and

3. any reply by Defendant will be filed by **June 18, 2021**, and will be no longer than five pages.

By **July 5, 2021**, both sides will submit letters – no longer than five pages – addressing whether this Court should decide Defendant's indefiniteness arguments in connection with claim construction or at summary judgment.

Dated: New York, New York
　　　　May 27, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge