UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORTVISION, INC., and SPORTSMEDIA
TECHNOLOGY CORPORATION,

                Plaintiffs,

- against -

MLB ADVANCED MEDIA L.P.,

                Defendant.

**ORDER**

18 Civ. 3025 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The claim construction hearing scheduled for **July 12, 2021 at 9:30 a.m.** is adjourned to **July 15, 2021 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 29, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge