

Troutman Pepper Hamilton Sanders LLP
High Street Tower, 125 High Street, 19th Floor
Boston, MA  02110-2736

troutman.com

**William M. Taylor**
D 617.204.5186
william.taylor@troutman.com

<u>Via ECF</u>

October 15, 2021

Honorable Debra Freeman
Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   *Sportvision, Inc. et al. v. MLB Advanced Media, L.P.*,
    **Case No. 1:18-cv-03025-PGG-DCF**

Dear Judge Freeman:

     Pursuant to your order of August 24, 2021 (Dkt. No. 257), the parties write to submit a Joint Status Report regarding settlement discussions.  While the parties have exchanged proposals and talked, they remain far apart.



Troutman Pepper Hamilton Sanders LLP
High Street Tower, 125 High Street, 19th Floor
Boston, MA  02110-2736

troutman.com

**William M. Taylor**
D 617.204.5186
william.taylor@troutman.com

| | |
|---|---|
| Date:  October 15, 2021 | Respectfully submitted, |
| By: /s/ *Alan E. Littmann* | By: /s/ *William M. Taylor* |
| Alan E. Littmann<br>Brian O'Donoghue<br>Laura Sexton<br>Allyson Julien<br>Shaun Zhang<br>Samuel E. Schoenburg<br>Lesley Hamming<br>GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP<br>200 South Wacker Dr., 22nd Floor<br>Chicago, IL 60606<br>Tel: (312) 881-5969<br>Fax: (312) 380-7019<br>alittmann@goldmanismail.com<br>bodonoghue@goldmanismail.com<br>lsexton@goldmanismail.com<br>ajulien@goldmanismail.com<br>szhang@goldmanismail.com<br>sschoenburg@goldmanismail.com<br>lhamming@goldmanismail.com<br><br>*Counsel for Defendant MLB Advanced Media, L.P.* | William M. Taylor (admitted pro hac vice)<br>Griffin N. Mesmer (admitted pro hac vice)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>125 High Street<br>High Street Tower<br>Boston, MA 02110-2736<br>(617) 204-5100<br>william.taylor@troutman.com<br>griffin.mesmer@troutman.com<br><br>Matthew H. Adler (admitted pro hac vice)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4000<br>matt.adler@troutman.com<br><br>Gregory S. Bishop (admitted pro hac vice)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood City, CA 94065<br>(650) 802-3600<br>gregory.bishop@troutman.com<br><br>*Attorneys for Plaintiffs Sportsvision, Inc. and SportsMEDIA Technology Corporation* |