**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SPORTVISION, INC. et al.,

                             Plaintiffs,

              -against-

MLB ADVANCED MEDIA, L.P.,

                             Defendant.
-------------------------------------------------------------------X

**18-CV-03025 (PGG) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

           On April 28, 2022, this case was reassigned to me for general pretrial supervision

and to report and recommend on Defendant's Motion for Sanctions (Dkt. Nos. 320, 333). The

briefing schedule for this motion is as follows:

| Submission | Deadline |
|---|---|
| Plaintiffs' Opposition | May 13, 2022 |
| Defendant's Reply | May 20, 2022 |

           **SO ORDERED.**

DATED:     New York, New York
             April 29, 2022

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge