UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SPORTVISION, INC. et al.,

                              Plaintiffs,          **18-CV-03025 (PGG) (VF)**

            -against-                          **ORDER**

MLB ADVANCED MEDIA, L.P.,

                              Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to the discovery conference held before this Court on May 26, 2022, Defendant was directed to provide the Court with certain documents (see ECF No. 350 at 2-3) for an *in camera* review. Defendant is ordered to submit copies of such documents to Chambers via email (FigueredoNYSDChambers@nysd.uscourts.gov) no later than **Friday, June 10, 2022**.

      **SO ORDERED.**

DATED:    New York, New York
               June 6, 2022

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge