UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SPORTVISION, INC. et al.,

                          Plaintiffs,                    **18-CV-03025 (PGG) (VF)**

            -against-                                  **ORDER**

MLB ADVANCED MEDIA, L.P.,

                          Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Following this Court's *in camera* review of certain documents outlined in Plaintiffs' May 9, 2022 letter motion (ECF No. 350 at 2-3), Defendants are directed to produce, without redactions, the two "Bowman-Gersh Emails" (Bates Nos. MLBAM-SMT_439038 - MBLAM-SMT_439039 and MLBAM-SMT_712456 - MLBAM-SMT_712457), as well as the "Report on Emerging Technologies" (Bates Nos. MLBAM-SMT_607327 - MLBAM-SMT_607332).

      **SO ORDERED.**

DATED:    New York, New York
                June 8, 2022

                                                                  _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge