USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/7/2022  _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SPORTVISION, INC. et al.,

         Plaintiffs,       **18-CV-03025 (PGG) (VF)**

    -against-          **ORDER**

MLB ADVANCED MEDIA, L.P.,

         Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

On January 14, 2022, Plaintiffs filed a letter motion to compel Defendant to produce, among other things, certain World Umpires' Association collective bargaining agreements (the "Agreements"). See ECF No. 286 at 19-20. At the August 19, 2022 hearing before this Court, Defendant was directed to submit the Agreements for *in camera* review.

Following review, the Court finds that the Agreements are not relevant to the claims at issue in this case, and specifically, do not reference PITCHf/x or the replacement system (TrackMan). Accordingly, Plaintiff's motion to compel production of these Agreements is **DENIED**.

   **SO ORDERED.**

DATED:  New York, New York
     September 7, 2022

               _____
               VALERIE FIGUEREDO
               United States Magistrate Judge