UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SPORTVISION, INC. et al.,

                            Plaintiffs,                        18-CV-03025 (PGG) (VF)

         -against-                             **ORDER**

MLB ADVANCED MEDIA, L.P.,

                            Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        Pursuant to this Court's September 26, 2022 Order (ECF No. 393), Plaintiff provided the Court with proposed redactions to the first portion of the October 18, 2013 email at issue in that Order. Following an *in camera* review, this Court finds the proposed redactions are appropriate because they are limited to material protected by the attorney-client privilege. Plaintiff is directed to produce the redacted document to Defendant by no later than Tuesday, October 11, 2022.

        **SO ORDERED.**

DATED:    New York, New York
                October 6, 2022

                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge