**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SPORTVISION, INC. et al.,

                            Plaintiffs,                **18-CV-03025 (PGG) (VF)**

              -against-                          **ORDER**

MLB ADVANCED MEDIA, L.P.,

                            Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Exhibit H to the Second Amended Complaint (ECF No. 200) includes an email dated February 21, 2017 from G. Hall to K. Gersh. That email references an attachment (see ECF No. 200-8 at 3), but the attachment is not included as part of Exhibit H. Plaintiff is directed to provide a copy of the attachment to Chambers by **Wednesday, October 19, 2022**, at the following email address: FigueredoNYSDchambers@nysd.uscourts.gov.

      SO ORDERED.

DATED:    New York, New York
               October 14, 2022

                                                         _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge