UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SPORTVISION, INC. et al.,

                    Plaintiffs,

**ORDER**

MLB ADVANCED MEDIA, L.P.,                    18-CV-03025 (PGG) (VF)

                    Defendant.
---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiffs presently have three outstanding motions to seal (ECF Nos. 339, 353, 385) on the docket in this action, as well as one renewed motion to seal (ECF No. 346). On November 16, 2022, at the direction of this Court, Plaintiffs filed a single letter consolidating the arguments in support of these sealing motions. ECF No. 401. Having reviewed the letter, Plaintiffs' motions to seal the requested documents are **GRANTED.**

      In their November 16, 2022 letter, Plaintiffs represent that each outstanding motion to seal seeks "to redact sensitive and confidential business information, the public divulgence of which could harm Plaintiffs and/or Defendant." See ECF No. 401 at 1. Courts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business interests and financial information. See, e.g., Rubik's Brand Ltd. v. Flambeau, Inc., No. 17-CV-6559 (PGG) (KHP), 2021 WL 1085338, at *1 (S.D.N.Y. Mar. 22, 2021); Gracyzk v. Verizon Commc'ns, Inc., No. 18-CV-6465 (PGG), 2020 WL 1435031, at *8-9 (S.D.N.Y. Mar. 24, 2020) (citing cases).

      Plaintiffs seek to redact commercially sensitive business information, and their interest in maintaining that information confidential outweighs the public's interest in the sealed material.

1

As such, based on the standard set forth by the Second Circuit in <u>Lugosch v. Pyramid Co.</u>, 435 F.3d 110 (2d Cir. 2006), Plaintiffs' motions to seal are **GRANTED**. The Clerk of Court is directed to terminate the motions at ECF Nos. 339, 346, 353, and 385.

Date: November 21, 2022
      New York, New York

                                        Respectfully submitted,

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge