UNITED STATES DISTRICT COURT
SOUTHERD DISTRICT OF NEW YORK
---------------------------------------------------------X
SPORTVISION, INC. et al.,

                        Plaintiffs,

                                                 **ORDER**

MLB ADVANCED MEDIA, L.P.,                    18-CV-03025 (PGG) (VF)

                        Defendant.
---------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Defendant presently has two outstanding motions to seal (ECF Nos. 318 and 359) on the docket in this action. On November 21, 2022, at the direction of the Court, Defendant filed a single letter consolidating the arguments in support of these sealing motions. ECF No. 405. Having reviewed the letter, Defendant's motions to seal the requested documents are **GRANTED.**

      In their November 21, 2022 letter, Defendant represents that each outstanding motion to seal seeks to redact or seal documents that include "highly sensitive" financial, technical, and commercial "aspects of the parties' businesses that would cause significant harm if revealed to the public and competitors." See ECF No. 405 at 2. Courts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business interests and financial information. See, e.g., Rubik's Brand Ltd. v. Flambeau, Inc., No. 17-CV-6559 (PGG) (KHP), 2021 WL 1085338, at *1 (S.D.N.Y. Mar. 22, 2021); Gracyzk v. Verizon Commc'ns, Inc., No. 18-CV-6465 (PGG), 2020 WL 1435031, at *8-9 (S.D.N.Y. Mar. 24, 2020) (citing cases).

1

As such, based on the standard set forth by the Second Circuit in <u>Lugosch v. Pyramid Co.</u>, 435 F.3d 110 (2d Cir. 2006), Defendant's motions to seal are **GRANTED**. The Clerk of Court is directed to terminate the motions at ECF Nos. 318 and 359.

Date: November 22, 2022
     New York, New York

                            Respectfully submitted,

                            _____
                            VALERIE FIGUEREDO
                            United States Magistrate Judge