UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SPORTVISION, INC. et al.,

                     Plaintiffs,

                                                      **ORDER**

MLB ADVANCED MEDIA, L.P.,                    18-CV-03025 (PGG) (VF)

                     Defendant.
---------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Before the Court are three outstanding letter motions to seal. See ECF Nos. 408, 414, 418. The letter motions seek to seal or redact certain information contained within Plaintiffs' pending letter motion to compel and accompanying exhibits, see ECF No. 410, and Defendant's opposition to Plaintiffs' motion to compel, see ECF No. 420. The redacted versions of these filings were submitted contemporaneously therewith. See ECF Nos. 411, 421. Having reviewed the parties' letters, the outstanding motions to seal are **GRANTED.**

      The parties represent that each outstanding motion to seal seeks to redact or seal "sensitive and confidential business information," including financial information and records, and details of certain agreements with third parties, "the public divulgence of which could harm Plaintiffs and/or Defendant." See ECF No. 414 at 1-2; see also ECF No. 418 at 1-2 (noting the motion to seal Defendant's opposition seeks to protect "highly sensitive technical and commercial aspects of [Defendant's] business that would cause significant harm if revealed to the public and competitors").

      Courts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business interests and financial information. See, e.g.,

Rubik's Brand Ltd. v. Flambeau, Inc., No. 17-CV-6559 (PGG) (KHP), 2021 WL 1085338, at *1 (S.D.N.Y. Mar. 22, 2021); Gracyzk v. Verizon Commc'ns, Inc., No. 18-CV-6465 (PGG), 2020 WL 1435031, at *8-9 (S.D.N.Y. Mar. 24, 2020) (citing cases).

As such, based on the standard set forth by the Second Circuit in Lugosch v. Pyramid Co., 435 F.3d 110 (2d Cir. 2006), the parties' motions to seal are **GRANTED**. The Clerk of Court is directed to terminate the motions at ECF Nos. 408, 414, and 418.

Date: December 13, 2022
    New York, New York

Respectfully submitted,

_____
VALERIE FIGUEREDO
United States Magistrate Judge