UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SPORTVISION, INC. et al.,

                        Plaintiffs,

                                            **ORDER**

MLB ADVANCED MEDIA, L.P.,                        18-CV-03025 (PGG) (VF)

                        Defendant.
---------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      For the reasons stated at the telephonic discovery conference held by the Court on December 14, 2022, the issues raised in ECF Nos. 410-411 (Plaintiffs' letter motion to compel) and ECF No. 422 (Defendant's letter motion for protective order) are resolved. The Clerk of Court is directed to terminate the motions at ECF Nos. 410, 411, and 422.

      In addition, the December 20, 2022 expert disclosure deadline is hereby adjourned *sine die*. The parties are directed to meet and confer, and jointly propose an amended expert discovery schedule to the Court.

      **SO ORDERED.**

Date: December 15, 2022
      New York, New York

                                                  Respectfully submitted,

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge