UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SPORTVISION, INC. et al.,

                    Plaintiffs,                    18-CV-03025 (PGG) (VF)

       -against-                              **ORDER**

MLB ADVANCED MEDIA, L.P.,

                    Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On November 22, 2022, Plaintiffs filed a letter motion to compel Defendant to produce, among other things, certain allegedly withheld agreements between Defendant and Washington State University (the "Agreements"). See ECF No. 410 at 3. Defendant filed its response on November 29, 2022. See ECF No. 420.

At the December 14, 2022 hearing before this Court, Defendant was directed to submit the Agreements for *in camera* review. The Agreements were provided to the Court on December 20, 2022. Following review, the Court finds that the Agreements are not relevant to the claims and/or time period at issue in this case. Accordingly, Plaintiffs' motion to compel production of the Agreements is **DENIED**.

       **SO ORDERED.**

DATED:     New York, New York
               January 6, 2023

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2023