UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SPORTVISION, INC. et al.,

                        Plaintiffs,

          -against-

MLB ADVANCED MEDIA, L.P.,

                        Defendant.
------------------------------------------------------------------X

18-CV-03025 (PGG) (VF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court has reviewed Defendant's letter motion at ECF No. 437 and Plaintiffs' opposition at ECF Nos. 443-44. Based on the length of Plaintiffs' opposition, the Court would like to provide Defendant an opportunity to respond prior to addressing this dispute with the parties. Accordingly, Defendant is directed to submit a reply brief in support of its motion by no later than **Tuesday, April 25, 2022**. The conference scheduled for Thursday, April 20, 2023 at 3:00 p.m. is hereby rescheduled to **Wednesday, April 26, 2023 at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.** As stated at ECF No. 442, the Court will also address the remaining expert discovery deadlines at the conference.

        SO ORDERED.

DATED:      New York, New York
                 April 18, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge