UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPORTVISION, INC. et al.,

                          Plaintiffs,

                                      **ORDER**

MLB ADVANCED MEDIA, L.P.,                         18-CV-03025 (PGG) (VF)

                          Defendant.
------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      On April 17, 2023, Plaintiffs submitted a letter motion to seal (ECF No. 445), seeking to seal/redact certain information contained within Plaintiffs' Opposition to Defendant's Motion to Preclude Plaintiffs from Relying on Trackman Discovery (ECF Nos. 443-44), as well as certain exhibits submitted in support of that motion (Exs. 4-8). For the reasons that follow, Plaintiffs' letter motion to seal is **GRANTED.**

      Plaintiffs represent that the motion to seal seeks to redact "sensitive and confidential business information produced in this Litigation by third party Trackman . . . the public divulgence of which could harm Trackman and/or MLBAM." See ECF No. 445 at 2. Courts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business interests and financial information. See, e.g., Rubik's Brand Ltd. v. Flambeau, Inc., No. 17-CV-6559 (PGG) (KHP), 2021 WL 1085338, at *1 (S.D.N.Y. Mar. 22, 2021); Gracyzk v. Verizon Commc'ns, Inc., No. 18-CV-6465 (PGG), 2020 WL 1435031, at *8-9 (S.D.N.Y. Mar. 24, 2020) (citing cases).

1

As such, based on the standard set forth by the Second Circuit in <u>Lugosch v. Pyramid Co.</u>, 435 F.3d 110 (2d Cir. 2006), Plaintiffs' motion to seal is **GRANTED**. The Clerk of Court is directed to terminate the motion at ECF No. 445.

    **SO ORDERED.**

Date: April 19, 2022

    New York, New York

                                     Respectfully submitted,

                                     VALERIE FIGUEREDO
                                   United States Magistrate Judge