Troutman Pepper Hamilton Sanders LLP
High Street Tower, 125 High Street, 19th Floor
Boston, MA  02110-2736

troutman.com

**William M. Taylor**
william.taylor@troutman.com
617-204-5186

<u>**Via ECF**</u>

April 19, 2023

The Honorable Valerie Figueredo
Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** *Sportvision, Inc. et al. v. MLB Advanced Media, L.P.*,
Case No. 1:18-cv-03025-PGG-VF

<u>**Unopposed Request to Move the April 26 Hearing to April 27 or 28**</u>

Dear Judge Figueredo:

On behalf of Plaintiffs, we write regarding Defendant's letter motion (ECF No. 437) and Plaintiffs' opposition (ECF Nos. 443-44).  On April 18, the Court ordered that "Defendant is directed to submit a reply brief in support of its motion by no later than Tuesday, April 25, 2022. The conference scheduled for Thursday, April 20, 2023 at 3:00 p.m. is hereby rescheduled to Wednesday, April 26, 2023 at 2:00 p.m."

Plaintiffs are concerned that they will have less than 24 hours to review Defendant's reply brief, including any points regarding alleged prejudice that Defendant did not previously raise in the parties' pre-motion communications and in Defendant's opening letter motion.  Accordingly, this morning Plaintiffs requested that MLBAM agree to file its reply brief by 2 PM ET on April 25, so as to give Plaintiffs at least 24 hours to prepare for the hearing.  Defendant declined that request but represented that it would not oppose moving the hearing to April 27 or 28.  (The parties' communications on this issue are attached hereto as Exhibit A.)

Accordingly, Plaintiffs hereby respectfully request that the April 26 hearing be moved to April 27 or 28.

Respectfully,

/s/ *William M. Taylor*

William M. Taylor

---

**Application Granted**

Valerie Figueredo, U.S.M.J.
DATED: 4-20-2023

The conference scheduled for April 26, 2023 is hereby rescheduled to **Friday, April 28, 2023 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  Please dial (888) 808-6929; access code 9781335.

March 3, 2023
Page 2



cc:      Counsel of Record (via ECF)