UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SPORTVISION, INC. et al.,

                          Plaintiffs,                       18-CV-03025 (PGG) (VF)

       -against-                                    <u>ORDER</u>

MLB ADVANCED MEDIA, L.P.,

                        Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated at the April 28, 2023 telephonic discovery conference before the Court, all operative expert discovery deadlines are hereby stayed pending the outcome of the motions at ECF Nos. 437 and 439. The Clerk of Court is directed to terminate the motion at ECF No. 456, which will be addressed when the amended expert discovery schedule is implemented. In addition, for the reasons stated at the conference, the Clerk of Court is directed to terminate the motions at ECF Nos. 457 and 460.

      **SO ORDERED.**

DATED:     New York, New York
                April 28, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2023