UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SPORTVISION, INC. et al.,

                             Plaintiffs,                18-CV-03025 (PGG) (VF)

       -against-                                  <u>ORDER</u>

MLB ADVANCED MEDIA, L.P.,

                             Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      The parties are directed to file a joint status update, proposing a schedule for outstanding discovery, by **<u>Wednesday, August 27, 2025</u>**.

      **SO ORDERED.**

DATED:    New York, New York
               August 6, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge