UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SPORTVISION, INC. et al.,

                        Plaintiffs,                 18-CV-03025 (PGG) (VF)

          -against-                         <u>ORDER</u>

MLB ADVANCED MEDIA, L.P.,

                        Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

On June 12, 2026, both Plaintiffs and Defendant filed motions to seal documents filed in connection with their motion requesting leave to file motions for summary judgment. <u>See</u> ECF Nos. 536, 540. Having reviewed the parties' letters and proposed sealing, the motions to seal at ECF Nos. 536 and 540 are **GRANTED**.

Both parties seek to seal confidential proprietary business information, which would cause harm to their businesses if revealed. Courts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business interests and financial information. <u>See, e.g.</u>, <u>Rubik's Brand Ltd. v. Flambeau, Inc.</u>, No. 17-CV-6559 (PGG) (KHP), 2021 WL 1085338, at *2 (S.D.N.Y. Mar. 22, 2021) (granting motions to seal confidential business information); <u>Gracyzk v. Verizon Commc'ns, Inc.</u>, No. 18-CV-6465 (PGG), 2020 WL 1435031, at *8-9 (S.D.N.Y. Mar. 24, 2020) (granting motion to seal sensitive business information and collecting cases). Additionally, the Court has granted previous sealing requests for the same reasons. <u>See</u> ECF Nos. 567 and 568.

The Clerk of Court is respectfully directed to maintain the sealing at ECF Nos. 538 and 542 and close the motions at ECF Nos. 536 and 540.

       **SO ORDERED.**

DATED:    New York, New York
             June 30, 2026

                          VALERIE FIGUEREDO
                          United States Magistrate Judge