UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SPORTVISION, INC. et al.,

Plaintiffs,

18-CV-03025 (PGG) (VF)

-against-

**ORDER**

MLB ADVANCED MEDIA, L.P.,

Defendant.
---------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

On July 17, 2026, both parties filed letter motions seeking to seal certain information filed in connection with their opposition to the opposing party's Daubert motion. See ECF Nos. 577, 584, 591. Having reviewed the parties' letters and proposed sealing, the motions to seal at ECF Nos. 577, 584, and 591 are **GRANTED**.

Defendant seeks to have portions of its Daubert opposition (ECF No. 579) as well as Exhibits 1-7 (ECF Nos. 580-1 to 580-7) under seal as they "contain highly sensitive technical and commercial information about [Defendant]'s and third parties' businesses that would cause significant harm if revealed to the public and competitors." ECF No. 577 at 2.

Plaintiffs seek to seal portions of their opposition to Defendant's motion to preclude expert testimony and the supporting exhibits (ECF Nos. 588-590) to "protect the sensitive information contained therein, which is related to confidential revenue, pricing, analysis, product, technical, trade secret, and business information" and that reference portions of Defendant's sealed Daubert motion. ECF No. 584 at 2. Plaintiffs seek sealing of their opposition to Defendant's motion (ECF No. 595) and supporting exhibits (ECF No. 596) for the same reasons. See ECF No. 591 at 2.

Courts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business interests and financial information. See, e.g., Rubik's Brand Ltd. v. Flambeau, Inc., No. 17-CV-6559 (PGG) (KHP), 2021 WL 1085338, at *2 (S.D.N.Y. Mar. 22, 2021) (granting motions to seal confidential business information); Gracyzk v. Verizon Commc'ns, Inc., No. 18-CV-6465 (PGG), 2020 WL 1435031, at *8-9 (S.D.N.Y. Mar. 24, 2020) (granting motion to seal sensitive business information and collecting cases). Additionally, the Court has granted previous sealing requests for similar reasons. See ECF Nos. 567, 568, 574.

The Clerk of Court is respectfully directed to maintain ECF Nos. 579, 580, 588, 589, 590, 595, and 596 under seal, and to close the motions at ECF Nos. 577, 584, and 591.

**SO ORDERED.**

DATED: New York, New York
August 7, 2026

VALERIE FIGUEREDO
United States Magistrate Judge