UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SPORTVISION, INC. et al.,

Plaintiffs,

18-CV-03025 (PGG) (VF)

-against-

**ORDER**

MLB ADVANCED MEDIA, L.P.,

Defendant.
----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

On August 7, 2026, both parties filed letter motions seeking to seal certain information filed in connection with their replies to the opposing party's Daubert motion. See ECF Nos. 599, 605, 609. For the same reasons provided in the order at ECF No. 603, the parties' request to seal the highly sensitive and commercial information is **GRANTED**.

The Clerk of Court is respectfully directed to maintain the sealing at ECF Nos. 602, 607, 611, and 612 and to close the motions at ECF Nos. 599, 605, and 609.

**SO ORDERED.**

DATED: New York, New York
August 10, 2026

VALERIE FIGUEREDO
United States Magistrate Judge